UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BRAZIL,

          Plaintiff,

     v.

VALENZUELA,

          Defendant.

Case No. 25-cv-09800-EKL

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

On December 17, 2025, the Clerk of Court mailed Plaintiff John Brazil, a *pro se* state detainee, an order notifying him that his case was being transferred to the undersigned. *See* ECF No. 7. The notice was returned to the Court as undeliverable because Brazil was no longer in custody on January 12, 2026. *See* ECF No. 8. Pursuant to Northern District Civil Local Rule 3-11, a *pro se* party whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. Civ. L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address. Civ. L.R. 3-11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of *pro se* prisoner's complaint for failing to notify court of his change of address). More than 60 days have passed, and the Court has not received any communications from Brazil.

Accordingly, the matter is DISMISSED WITHOUT PREJUDICE to Brazil filing a motion to reopen the action. Any motion to reopen must be accompanied by notice of Brazil's current address.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:    March 23, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California